1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
2  DENNIS J. RHODES (State Bar No. 168417)
   WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  PRUDENTIAL INSURANCE
   COMPANY OF AMERICA
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | KAREN WALSH,              ) Case No.: C06-04028 WHA AD
                               )
14 |     Plaintiff,             ) **STIPULATION TO CONTINUE THE**
                               ) **DATE FOR FILING MOTION FOR**
15 | v.                         ) **SUMMARY JUDGMENT RE STANDARD**
                               ) **OF REVIEW AND [PROPOSED] ORDER**
16 | PRUDENTIAL INSURANCE COMPANY )
   | OF AMERICA,                )
17 |                            )
   |     Defendant.             )
18 |_____)

19

20

21

22

23

24

25

26

27

28 STIPULATION TO CONTINUE FILING DATE OF MOTION FOR SUMMARY JUDGMENT RE STANDARD
                                    OF REVIEW
   USDC NDCA NO. C06-04028 WHA AD
   249270.1

1  WHEREAS, the Court conducted a Case Mangement Conference on September 28, 2006, at which time the Court set November 2, 2006 as the date for Defendant Prudential Insurance Company of American ("Prudential") to file a motion for summary judgment as to the appropriate standard of review in this ERISA matter;

WHEREAS, Prudential has filed the administrative Record supported by the requite declaration;

WHEREAS, the parties have set November 7, 2006, to conduct a private mediation, in compliance with this Court's order to conclude mediation by November 30. 2006;

THE PARTIES HEREBY STIPULATE that Prudential shall have an additional 14 days to file a motion for summary judgment on the standard of review, should mediation not be successful. Said motion shall be filed on or before November 16, 2006.

SO STIPULATED:

Date: November 3, 2006           LAW OFFICES OF TONY ARJO

                                 By: _____
                                     TONY ARJO
                                     Attorney for Plaintiff
                                     KAREN WALSH

Date: November ___, 2006         WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP

                                 By: _____
                                     ADRIENNE C. PUBLICOVER
                                     DENNIS J. RHODES
                                     Attorneys for Defendant
                                     PRUDENTIAL INSURANCE
                                     COMPANY OF AMERICA

IT IS SO ORDERED:

Date: November ___, 2006

                                 By: _____
                                     Hon. WILLIAM H. ALSUP
                                     UNITED STATES DISTRICT COURT JUDGE

---

1
STIPULATION TO CONTINUE FILING DATE OF MOTION FOR SUMMARY JUDGMENT RE STANDARD OF REVIEW
USDC EDCA NO. C06-04028 WHA AD
249270.1

WHEREAS, the Court conducted a Case Mangement Conference on September 28, 2006, at which time the Court set November 2, 2006 as the date for Defendant Prudential Insurance Company of American ("Prudential") to file a motion for summary judgment as to the appropriate standard of review in this ERISA matter;

WHEREAS, Prudential has filed the administrative Record supported by the requite declaration;

WHEREAS, the parties have set November 7, 2006, to conduct a private mediation, in compliance with this Court's order to conclude mediation by November 30. 2006;

THE PARTIES HEREBY STIPULATE that Prudential shall have an additional 14 days to file a motion for summary judgment on the standard of review, should mediation not be successful. Said motion shall be filed on or before November 16, 2006.

**SO STIPULATED:**

Date: November ___, 2006              LAW OFFICES OF TONY ARJO

                                      By: _____
                                      TONY ARJO
                                      Attorney for Plaintiff
                                      KAREN WALSH

Date: November 3, 2006                WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP

                                      By: /s/ Dennis J. Rhodes
                                      ADRIENNE C. PUBLICOVER
                                      DENNIS J. RHODES
                                      Attorneys for Defendant
                                      PRUDENTIAL INSURANCE
                                      COMPANY OF AMERICA

**IT IS SO ORDERED:**

Date: November 6, 2006

                                      By: _____
                                      Hon. WILLIAM H. ALSUP
                                      UNITED STATES DISTRICT COURT JUDGE

---

1

STIPULATION TO CONTINUE FILING DATE OF MOTION FOR SUMMARY JUDGMENT RE STANDARD OF REVIEW
USDC NDCA NO. C06-04028 WHA AD
249270.1

# PROOF OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION TO CONTINUE THE DATE FOR FILING MOTION FOR SUMMARY JUDGMENT RE STANDARD OF REVIEW AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_✓_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Tony Arjo, Esq.
The Law Office of Tony Arjo
1440 Broadway, Suite 1019
Oakland, CA 94612
Tel:  (510) 451-2334
Fax:  (510) 451-2310

***Attorney for Plaintiff Karen Walsh***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **November 3, 2006** at San Francisco, California.

_____
Nancy Li

1