1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
   DENNIS J. RHODES (State Bar No. 168417)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
5

   Attorneys for Defendant
6  PRUDENTIAL INSURANCE
   COMPANY OF AMERICA
7

8  TONY E. ARJO  (State Bar No. 151890)
   LAW OFFICE OF TONY E. ARJO
9  1440 Broadway, Suite 1019
   Oakland, CA  94612
10 Tel:    (510) 451-2334
   Fax:    (510) 451-2310
11
   Attorneys for Plaintiff
12 KAREN WALSH

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17

18 KAREN WALSH,                    ) Case No.: C06-04028 WHA AD
                                   )
19         Plaintiff,              ) **STIPULATION OF DISMISSAL WITH**
                                   ) **PREJUDICE OF ENTIRE ACTION;**
20     v.                          ) [PROPOSED] **ORDER THEREON**
                                   )
21 PRUDENTIAL INSURANCE COMPANY    )
   OF AMERICA,                     )
22                                 )
           Defendant.              )
23                                 )

24

25

26

27

28
   ─────────────────────────────────────
   STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER THEREON
   USDC NDCA NO. C06-04028 WHA AD
   250101.1

1   Plaintiff Karen Walsh ("plaintiff"), and defendant Prudential Insurance Company of
2   America ("defendant"), through their respective attorneys of record, Tony E. Arjo, Esq., of the
3   Law Office of Tony E. Arjo on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser,
4   Moskowitz, Edelman & Dicker LLP, on behalf of defendant, HEREBY STIPULATE that the
5   above-captioned matter and all claims for relief therein can be dismissed with prejudice in its
6   entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its
7   own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Date: November 27, 2006           LAW OFFICES OF TONY E. ARJO

                                  By: _____
                                      TONY E. ARJO
                                      Attorney for Plaintiff
                                      KAREN WALSH

Date: November 28, 2006           WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

                                  By: _____
                                      ADRIENNE C. PUBLICOVER
                                      DENNIS J. RHODES
                                      Attorneys for Defendant
                                      PRUDENTIAL INSURANCE
                                      COMPANY OF AMERICA

**IT IS SO ORDERED:**
       December 4
Date: ~~November~~ ___, 2006

                                  By: _____
                                      HONORABLE WILLIAM H. ALSUP
                                      UNITED STATES DISTRICT COURT JUDGE

*[Seal: IT IS SO ORDERED / Judge William Alsup / United States District Court Northern District of California]*

---
1
STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [~~PROPOSED~~] ORDER THEREON
USDC NDCA NO. C06-04028 WHA AD
250101.1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. |

On this date I served the following document(s).

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_✓_: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Tony Arjo, Esq.
The Law Office of Tony Arjo
1440 Broadway, Suite 1019
Oakland, CA 94612
Tel: (510) 451-2334
Fax: (510) 451-2310

*Attorney for Plaintiff Karen Walsh*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **November 30, 2006** at San Francisco, California.

_____
Nancy Li

1